# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STACEY VELAZQUEZ

                          PLAINTIFF(S),

    v.

CEC ENTERTAINMENT, LLC, et al.

                          DEFENDANT(S).

CASE NUMBER:

  2:24−cv−03519−AB−AGR

**NOTICE OF REASSIGNMENT
OF CASE DUE TO UNAVAILABILITY
OF JUDICIAL OFFICER**

To:  All Counsel Appearing of Record

    The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

    YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

    Accordingly, this case has been reassigned to:

    Hon. __Christina T. Shay__, Magistrate Judge for:

    any discovery and/or post−judgment matters that may be referred

    Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: __2:24−cv−03519−AB(CTSx)__. This is very important because documents are routed by the initials.

                          Clerk, U.S. District Court

 June 8, 2026                          By: _/s/ Rebeca D Olmos_
Date                                  Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER