Joseph Lavi, Bar No. 209776
jlavi@lelawfirm.com
Vincent C. Granberry, Bar No. 276483
vgranberry@lelawfirm.com
Jeffrey D. Klein, Esq., Bar No. 297296
jklein@lelawfirm.com
Paolo Policastro, Bar No. 359731
ppolicastro@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Fax: (310) 432-0001

Attorneys for Plaintiff
STACEY VELAZQUEZ

[*Additional Counsel Listed on the Next Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY VELAZQUEZ, on behalf of herself and others similarly situated, | Case No.  2:24-cv-03519-AB-AGR |
| | **JOINT STIPULATION OF DISMISSAL OF THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| Plaintiff, | |
| vs. | |
| CEC ENTERTAINMENT, LLC, a Corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

-1-                                                    JOINT STIPULATION OF
                                                              DISMISSAL

SEYFARTH SHAW LLP
Leo Q. Li (SBN 293539)
lli@seyfarth.com
John T. Ayres-Mann (SBN 348249)
jayers-mann@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:(310) 277-7200
Facsimile:(310) 201-5210

SEYFARTH SHAW LLP
Gina Gi (SBN 266708)
ggi@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:(213) 270-9600
Facsimile:(213) 270-9601
Attorneys for Defendants

CEC ENTERTAINMENT, LLC

JOINT STIPULATION OF DISMISSAL

Plaintiff, Stacey Velazquez ("Plaintiff") and Defendant, CEC ENTERTAINMENT, LLC ("Defendant") (collectively, the "Parties"), through undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action as follows:

WHEREAS, the Parties have fully executed a Confidential Settlement Agreement and General Release (the "Agreement");

WHEREAS, no class has been certified by the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii):

1.     Plaintiff's class claims are hereby dismissed without prejudice, but the Parties' settlement precludes Plaintiff from pursuing the class (or other) claims and action;

2.     Plaintiff's individual claims are hereby dismissed in their entirety with prejudice;

3.     Each party is to bear its own attorney's fees and costs.

Dated: June 16, 2026                          **LAVI & EBRAHIMIAN, LLP**


By   _/s/Paolo Policastro_
     Joseph Lavi
     Vincent C. Granberry
     Jeffrey D. Klein
     Paolo Policastro

     Attorneys for Plaintiff
     STACEY VELAZQUEZ

-3-                                          JOINT STIPULATION OF DISMISSAL

Dated: June 16, 2026                    **SEYFARTH SHAW LLP**


By  */s/John T. Ayers-Mann*
    John T. Ayers-Mann

Attorneys for Defendant


## <u>SIGNATURE ATTESTATION</u>

I hereby attest that all signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 16, 2026                    **LAVI & EBRAHIMIAN, LLP**

By:  */s/Paolo Policastro*
    Joseph Lavi
    Vincent C. Granberry
    Jeffrey D. Klein
    Paolo Policastro

    Attorneys for Plaintiff
    STACEY VELAZQUEZ

-4-                                    JOINT STIPULATION OF
                                       DISMISSAL